Raymond A. MAILLOUX,
Claimant–Appellant,

v.

Anthony J. PRINCIPI, Secretary of
Veterans Affairs, Respondent–
Appellee.

No. 02–7133.

United States Court of Appeals,
Federal Circuit.

Oct. 28, 2002.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DIS-MISSED under Fed. R.App. P. 42(b).

Robert C. DUKES, Petitioner,

v.

UNITED STATES POSTAL SERVICE,
Respondent.

No. 02–3341.

United States Court of Appeals,
Federal Circuit.

Oct. 29, 2002.

ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1), and to file the required Statement Concerning Discrimination, and to file the brief required by Federal Circuit Rule 31(a) within the time permitted, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.